## MERCHANTS' INSURANCE COMPANY *vs.* SIMMONS.

Four full days in term must intervene after the entry of the default, before interlocutory judgment: a rule for interlocutory judgment cannot regularly be entered on *Saturday*, upon a default entered on the preceding *Tuesday*.

August 8.

In this case the default of the plaintiff for not pleading was entered on *Tuesday*, 23d July, during term time, and on *Saturday*, 27th July, a rule for interlocutory judgment and assessment was entered, and the damages were assessed and judgment entered. A motion was made to set aside the proceedings subsequent to the default for irregularity, four days in term not having intervened after the entry of the default, before the rule for interlocutory judgment was entered.

The motion was granted.